UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **LARRY DAVID LEGAN** | **CIVIL ACTION NO. 5:25-cv-0151** |
| **VERSUS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| **TRAVIS HARGRAVE ET AL** | |

## JUDGMENT

For the reasons set forth in the Court's Ruling,

**IT IS ORDERED** that Defendants' motion requesting the Court take judicial notice [doc. #11] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [doc. #12] is **GRANTED,** and Plaintiff Larry David Legan's claims against Defendants Travis Hargrave, Diamond Realty & Associates LLC, and Diamond Property Management LLC are **DISMISSED WITH PREJUDICE**.

In Chambers, at Monroe, Louisiana, on this 24th day of February, 2026.

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE